JAN P. JOHNSON
Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 13-30287-B-13J |
| ) | |
| RODNEY LAMBERT, ) | CHAPTER 13 TRUSTEE'S |
| CHANDRA LAMBERT, ) | STATEMENT OF INVESTIGATION |
| ) | |
| DBA: SUPER CARS COMP, ) | |
| INC. ) | |
| ) | |
| _____Debtor(s)\_\_\_\_\_) | |

The office of Jan P. Johnson, Chapter 13 Trustee, hereby submits this Statement of Investigation of the financial affairs of the debtor's pursuant to 11 U.S.C. §1302(c).

The Meeting of Creditors was held on September 5, 2013 wherein an examination of the debtor's business was performed. The examination consisted of a review of the following documentation:

    a. Statement of Financial Affairs and Schedules.

    b. Tax returns for the years 2011 and 2012.

    c. Profit and loss statement for the period covering January 2013 through July 2013.

    d. Completed Business Examination Checklist.

1

1 | The business is a corporation owned by the debtor.

2 | The nature of debtor's business is retail oriented.

3 | The current business has been in operation since August 21, 2000.

4 | This report is for information purposes only, and is not an exhaustive financial analysis of
5 the debtor's business. Parties desiring further information should consult with their counsel,
6 and/or make further inquiry of the debtor.

8 | Date: November 1, 2013

/s/ Karin M. Bruce
Senior Paralegal/Business Examiner