# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Rodney Lambert and Chandra Germaine Lambert | **Case No :** | 13–30287 – A – 13J |
| | | **Date :** | 12/9/13 |
| | | **Time :** | 01:30 |

**Matter :** [46] – Motion/Application to Confirm Chapter 13 Plan [SJS–1] Filed by Joint Debtor Chandra Germaine Lambert, Debtor Rodney Lambert (rpaf)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
(by phone)  Debtor(s) Attorney – Elliot Gale
**Respondent(s) :**
         Kristen Koo (for the Trustee)
(by phone)  Creditor's Attorney – Kevin Howard

## CIVIL MINUTE ORDER

The motion is ORDERED DENIED for the reasons stated in the ruling appended to the minutes.

Dated: December 12, 2013

By the Court

Michael S. McManus
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Kevin Howard
7509 Madison Ave #111
Citrus Heights, CA 95610


Jan Johnson
PO Box 1708
Sacramento, CA 95812


Chandra Lambert
5426 Baccus Way
Sacramento, CA 95835


Rodney Lambert
5426 Baccus Way
Sacramento, CA 95835


Scott Sagaria
333 W San Carlos St #620
San Jose, CA 95110